# Third District Court of Appeal
## State of Florida

Opinion filed May 11, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1930
Lower Tribunal No. 20-15392 CC

_____

**Oracle Elevator Company, etc.,**
Appellant,

vs.

**Omni at Coral Way, Inc., etc.,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Diana Gonzalez-Whyte, Judge.

Sheldon R. Rosenthal, for appellant.

ADR Miami, LLC, and Juan Ramirez, Jr., for appellee.

Before LOGUE, LINDSEY, and LOBREE, JJ.

PER CURIAM.

Affirmed.